UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MCCLOUD, ) | Case No. CV 06-4845 PA(JC) |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| JEANNE WOODFORD, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and plaintiff's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that: (1) the Motion to Dismiss is granted to the extent it seeks dismissal of this action without prejudice based upon plaintiff's failure to

1

exhaust his administrative remedies; and (2) this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on counsel for defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 14, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE