UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE MCCLOUD, | ) | Case No. CV 06-4845 PA(JC) |
| Plaintiff, | ) ) | |
| | ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| JEANNE WOODFORD, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the Motion to Dismiss is granted to the extent it seeks dismissal of this action without prejudice based upon plaintiff's failure to exhaust his administrative remedies; and (2) this action is dismissed without prejudice.

DATED: October 14, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE